# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2008

134330

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

DARRYL GENE ORR,
　　　　Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 134330
COA: 267189
Wayne CC: 04-005074-01

　　　　On order of the Court, the application for leave to appeal the May 17, 2007 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *People v Taylor* (Docket No. 134206) is pending on appeal before this Court and that the decision in that case may resolve an issue present in this application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2008

_____
Clerk

p0123